duties in matters of procedure.  Present — Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ.

In the Matter of the Application of Charles A. Marshall for Admission to the Bar.— Application granted.  Present — Jenks, P..J., Burr, Thomas, Carr and Putnam, JJ.

In the Matter of William Willett, an Attorney.— Motion granted.  Present — Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ.

Leonora Maslanka, as Administratrix, etc., Respondent, v. The American Manufacturing Company, Appellant.— Motion denied, without prejudice to an application for reargument of the appeal.  Present — Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ.

Malcolm Ross Matheson, as Substituted Trustee of the Estate of Richard J. Stainton, Deceased, Plaintiff, v. Ottilie Mente and Others, Defendants.— Motion denied, on condition that plaintiff perfect his appeal, place the case on the April calendar, and be ready for argument when reached; otherwise, motion granted, with ten dollars costs.  Present — Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ.

Maria McCabe, as Administratrix, etc., Appellant, v. Carter & Weeks Stevedoring Company, Respondent.— Motion granted, without costs. Present — Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ.

Metta F. Merchant, as Administratrix, etc., Respondent, v. George M. Ryall and Others, Appellants.— Motion granted to the extent only that the case be set down for argument at the April term.  Respondent may have until March 25, 1914, to serve her brief, and the appellant Ryall may have ten days thereafter to serve any reply brief as he may be advised. Present — Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ.

Pawel Pasuk, an Infant, by Pavel Dabydoliski, His Guardian ad Litem, Plaintiff, v. American Manufacturing Company, Defendant.— Motion denied, without costs.  Present — Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ.

Bernard Paul, an Infant, by Joseph Paul, His Guardian ad Litem, Respondent, v. Walter L. Clark, Appellant.— Motions denied, without costs.  Present — Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ.

The People of the State of New York, Respondent, v. Alfred Richardson, Appellant.— Motion to dismiss appeal granted, upon the ground that the answering affidavits do not show any merits.  Present — Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ.

The People of the State of New York, Respondent, v. Morris Willinger, Appellant.— In view of the exceptional circumstances of this case, the motion is granted, but we request that the transcript of the minutes furnished us be the first impression, if possible.  Present — Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ.

Herman Richter, Respondent, v. Lena Kratenstein, etc., Appellant.— Motion denied, with ten dollars costs.  Present — Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ.

Herman Richter, Respondent, v. Lena Kratenstein, etc., Appellant.— Motion denied, with ten dollars costs.  Present — Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ.